429 A.2d 750

Delorenzo et al. v. Merola et al.

Appeal of Merola et al.

Rehearing Denied June 1, 1981.

Petition for Allowance of Appeal Denied Nov. 2, 1981.

 Argued March 20, 1979. Andrew I. Puhak, for appellants; Pasco L. Schiavo, for Delorenzos, appellees; Robert J. Gillispie, submitted a brief on behalf of Hazle Realty, appellee; Thomas L. Kennedy, submitted a brief on behalf of the Township of Hazle, appellee.

Before CERCONE, P. J. and WATKINS and HOFFMAN, JJ.

Order affirmed.

429 A.2d 751

Easley v. Septa and Russell.

Appeal of Septa.

 Argued September 8, 1980. Stanley J. Sinowitz, for appellants; Arnold Glaberson, for appellees.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Affirmed.